In the Matter of the Probate of the Will of MARY STEINER PUTNAM, Deceased.

JOHN R. PUTNAM, Appellant; CHARLES H. STURGES et al., Respondents.

*Matter of Putnam,* 75 App. Div. 615, affirmed.
(Submitted November 17, 1903; decided December 1, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July

17, 1902, which affirmed a decree of the Saratoga County Surrogate's Court admitting to probate the will of Mary Steiner Putnam, deceased.

*Edgar T. Brackett, A. Pennington Whitehead* and *Nash Rockwood* for appellant.

*Charles H. Sturges* for respondents.

Order affirmed, with costs; no opinion.

Concur: GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J., and VANN, J.